IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-01870-AP**

**In re:**

**RICKY DONOVAN VAN VLEET, d/b/a
FIRST FINANCIAL CENTRE, INC.,**

      Debtor.

**DOUGLAS BAILEY,**

      Appellant,

v.

**THOMAS H. CONNOLLY,**

      Appellee.

**ORDER**

Kane, J.

This matter is before the court on appellee's Motion to Dismiss Appeal (doc. #20), filed December 5, 2008. The motion is DENIED. Briefing in this matter shall proceed as follows: appellee's response brief is due on February 10, 2009; appellant's reply brief is due on February 20, 2009.

    Dated: January 27, 2009

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane, Senior Judge
                                            United States District Court